**Julia V. Jenkins, appellee, v. P. H. Houy, appellant.  Gen. No. 29,584.**

Motions to set aside judgment by confession and for change of venue.  Motions denied.  Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1924.  Reversed and remanded with directions.  Opinion filed April 3, 1925.

Frisch & Frisch, for appellant; Douglas C. Gregg, of counsel.  George A. McCorkle and Edward G. Purkhiser, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Frank Fleszar, appellant, v. Anna Fleszar, appellee.  Gen. No. 29,595.**

Bill to review decree of divorce.  Bill dismissed.  Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1924.  Affirmed.  Opinion filed April 3, 1925.  Rehearing denied April 18, 1925.

Max Kasmar, for appellant.  James Young, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**A. I. Gidwitz, appellee, v. Celia Levine and Bernhard M. Levine, appellants.  Gen. No. 29,633.**

Bill to foreclose deed of trust.  Decree affirming master's report recommending decree in accordance with prayer of bill.  Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1924.  Affirmed.  Opinion filed April 13, 1925.

Samuel Grossman and H. J. Rosenberg, for appellants.  Frederick A. Brown and Shulman, Shulman & Abrams, for appellee; William G. Worthey and Marion T. Martin, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**William Kotsakis, appellee, v. Peter Orphan and Dennis J. Egan, appellants.  Gen. No. 29,775.**

Suit to recover possession of property claimed under foreclosure of chattel mortgage and attached by the defendant.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Charles Schaefer, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1924.  Affirmed.  Opinion filed April 13, 1925.  Rehearing denied April 27, 1925.  *Certiorari* denied by Supreme Court (making opinion final).

William R. Brand, for appellants.  Harry S. Cowan and Van Natta & King, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.